1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

NAKESHIA TERRELL,

9

Plaintiff,

10

v.

11

TRAVELCENTERS OF AMERICA, *et al.*,

12

Defendants.

Case No. C21-353-RAJ

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

13

14

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the

15

above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the

16

$402.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is

17

GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C.

18

§ 1915(e)(2)(B) before issuance of summons.

19

The Clerk is directed to send copies of this order to the parties and to the Honorable

20

Richard A. Jones.

21

Dated this 16th day of March, 2021.

22

23

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1