UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAKESHIA TERRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TA OPERATING LLC et al,<br><br>    Defendant. | CASE NO. C21-0353-KKE<br><br>ORDER REQUESTING STATUS UPDATE |

This matter comes before the Court *sua sponte*. The Court previously granted a motion to compel arbitration filed by Defendant (Dkt. No. 27), and the arbitration concluded on September 14, 2022. Dkt. No. 34 at 1. The arbitrator found for Defendant on all employment-related claims in a decision issued September 21, 2022. *Id*. As permitted by the parties' arbitration agreement, Plaintiff Nakeshia Terrell appealed the arbitrator's decision. *See* Dkt. No. 42-1. On April 3, 2023, a three-member appeal panel issued a decision affirming the arbitrator's decision. *Id.* at 1–8. As instructed by the Court, the parties each submitted status reports within two weeks to notify the Court of the resolution of the arbitration appeal, and there has been no activity on the docket since. *See* Dkt. Nos. 42 & 43.

ORDER REQUESTING STATUS UPDATE - 1

Upon review of the docket, it is unclear to the Court what issues, if any, remain for this Court to resolve. If a party believes issues remain ripe for resolution, that party shall file a status report, no longer than two pages, containing a short and plain statement of the remaining issues no later than February 2, 2024. If the Court does not receive a report from either party by February 2, 2024, it will close the case.

Dated this 22nd day of January, 2024.

Kymberly K. Evanson
United States District Judge

ORDER REQUESTING STATUS UPDATE - 2