UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAKESHIA TERRELL,<br>　　　　　　　Plaintiff,<br>　v.<br>TA OPERATING LLC et al.,<br>　　　　　　　Defendant(s). | CASE NO. C21-0353-KKE<br><br>ORDER CLOSING CASE |

Plaintiff brought this action for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17. Dkt. No. 9 at 3. The parties participated in arbitration pursuant to their mutual arbitration agreement (Dkt. No. 23-1), where the arbitrator found for Defendant. Dkt. No. 34 at 1. That decision was affirmed by an appellate panel. Dkt. No. 42-1.

On January 22, 2024, this Court ordered the parties to file status reports indicating whether any issues remain for resolution in this matter. Dkt. No. 45. Both parties have now complied. Dkt. Nos. 46, 47. The Court, having considered the parties' status reports and the balance of the docket, finds as follows.

ORDER CLOSING CASE - 1

Because the outcome of the parties' arbitration was affirmed by the appellate panel, no issues remain for resolution in this matter. Accordingly, the Court directs the clerk to close the case.

Dated this 7th day of February, 2024.

Kymberly K. Evanson
United States District Judge